## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TOWNSEND, RAYMOND | § | Case No. 10-02282 |
| TOWNSEND, RENEE | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Phillip D. Levey, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Kenneth Gardner
U.S. Bankruptcy Court Clerk
219 South Dearborn Street- 7th Floor
Chicago, IL  60614

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/25/2011 in Courtroom 742,

United States Courthouse
219 South Dearborn Street
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: <u>Kenneth S. Gardner</u>
                                             Clerk, U.S. Bankruptcy Court


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| TOWNSEND, RAYMOND | § | Case No. 10-02282 |
| TOWNSEND, RENEE | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,847.42 |
| and approved disbursements of | $ | 6.11 |
| leaving a balance on hand of[1] | $ | 12,841.31 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Phillip D. Levey | $ 2,034.74 | $ 0.00 | $ 2,034.74 |
| Trustee Expenses: Phillip D. Levey | $ 24.61 | $ 0.00 | $ 24.61 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 2,745.00 | $ 0.00 | $ 2,745.00 |
| Other: International Sureties, Ltd. | $ 6.11 | $ 6.11 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 4,804.35 |
| Remaining Balance | $ | 8,036.96 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,716.01  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 51.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Infosource Lp As Agent for Wfnnb As Assignee of Limited PO Box 248872 Oklahoma City, OK 73124-8872 | $          406.90 | $          0.00 | $          208.08 |
| 000002 | American Infosource Lp As Agent for Wfnnb As Assignee of New York & Co PO Box 248872 Oklahoma City, OK 73124-8872 | $        1,251.90 | $          0.00 | $          640.21 |
| 000003 | American Infosource Lp As Agent for Target PO Box 248866 Oklahoma City, OK 73124-8866 | $        7,502.41 | $          0.00 | $        3,836.63 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 2,198.41 | $ 0.00 | $ 1,124.24 |
| 000005 | Chase Bank USA,N.A c/o Creditors Bankruptcy Service P O Box 740933 Dallas,Tx 75374 | $ 2,064.18 | $ 0.00 | $ 1,055.59 |
| 000006 | HSBC Bank Nevada, N.A. by PRA Receivables Management, LLC PO Box 12907 Norfolk VA 23541 | $ 2,056.29 | $ 0.00 | $ 1,051.56 |
| 000007 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | $ 235.92 | $ 0.00 | $ 120.65 |

Total to be paid to timely general unsecured creditors      $      8,036.96

Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Phillip D. Levey
                                                    Trustee's Counsel


*Phillip D. Levey*
*2722 North Racine Avenue*
*Chicago, IL 60614*


**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction
Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 10-02282-CAD
Raymond Townsend                                                Chapter 7
Renee Townsend
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mmyers          Page 1 of 2          Date Rcvd: Sep 26, 2011
                              Form ID: pdf006       Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 28, 2011.
db/jdb      +Raymond Townsend,   Renee Townsend,   16816 Cherry Creek Ave.,   Tinley Park, IL 60487-7662
aty         +Brian G. Snyder,   Legal Helpers,   233 S. Wacker Drive, Suite 5150,   Chicago, IL 60606-6371
aty         +Michelle K Hinds,   Legal Helpers,   233 S. Wacker Dr., Suite 5150,   Chicago, IL 60606-6371
tr          +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
14989738    +Advocate Christ Medical Center,   4440 W. 95th St.,   Oak Lawn, IL 60453-2600
14989739    +BAC Home Loans,   PO Box 650070,   Dallas, TX 75265-0070
14989740    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
             Norcross, GA 30091)
14989741    +Chase,   201 N. Walnut St//De1-1027,   Wilmington, DE 19801-2920
16418531     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16514319    +Chase Bank USA,N.A.,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,Tx 75374-0933
14989742    +Chrysler Financial Services Americas LLC,   c/o Riezman Berger P.C.,   7700 Bonhomme 7th Floor,
             St. Louis, MO 63105-1960
14989743    +First Midwest Bank/na,   214 Washington St,   Waukegan, IL 60085-5618
14989745    +HSBC,   Attn: Bankruptcy,   Po Box 5213,   Carol Stream, IL 60197-5213
16666358    +HSBC Bank Nevada, N.A.,   by PRA Receivables Management, LLC,   PO Box 12907,
             Norfolk VA 23541-0907
14989746    +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
14989747    +Hsbc Best Buy,   Attn: Bankruptcy,   Po Box 6985,   Bridge Water, NJ 08807-0985
14989749    +McGrath Clinic SC,   14400 S John Humphrey Drive,   Orland Park, IL 60462-2899
14989750    +Midwest Anesthesiologists,   185 Penny Ave,   Dundee, IL 60118-1454
14989751    +Payment Center,   PO Box 17313,   Baltimore, MD 21297-1313
14989753    ++RUSH UNIVERSITY MEDICAL CENTER,   1700 WEST VAN BUREN STREET,   SUITE 161,
             CHICAGO IL 60612-3228
             (address filed with court: Rush University Medical Group,   75 Remittance Dr,   Dept 1611,
             Chicago, IL 60675)
14989752    +Rush University,   c/o Computer Credit,   640 W Fourth Street, P.O. Box 5238,
             Winston Salem, NC 27113-5238
14989754    +Sears/cbsd,   701 East 60th St N,   Sioux Falls, SD 57104-0432
14989755    +Target National Bank,   PO Box 59317,   Minneapolis, MN 55459-0317
14989756    +The Limited,   Po Box 182125,   Columbus, OH 43218-2125
14989757    +Tnb-visa,   Po Box 9475,   Minneapolis, MN 55440-9475
14989758    +Wfnnb/new York & Compa,   220 W Schrock Rd,   Westerville, OH 43081-2873

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16375819     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2011 03:58:22
             American Infosource Lp As Agent for,   Target,   PO Box 248866,   Oklahoma City, OK  73124-8866
16369981     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2011 03:58:22
             American Infosource Lp As Agent for Wfnnb,   As Assignee of,   New York & Co,   PO Box 248872,
             Oklahoma City, OK  73124-8872
16369980     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 27 2011 03:58:23
             American Infosource Lp As Agent for Wfnnb,   As Assignee of,   Limited,   PO Box 248872,
             Oklahoma City, OK  73124-8872
16710619     E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2011 03:49:05    GE Money Bank,
             c/o Recovery Management Systems Corporat,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
14989744    +E-mail/PDF: gecsedi@recoverycorp.com Sep 27 2011 05:48:38    Gemb/jcp,   Attention: Bankruptcy,
             Po Box 103106,   Roswell, GA 30076-9106
14989748    +E-mail/PDF: cr-bankruptcy@kohls.com Sep 27 2011 03:49:18    Kohls/chase,
             N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
                                                                           TOTAL: 6

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
                                                                           TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0752-1          User: mmyers          Page 2 of 2          Date Rcvd: Sep 26, 2011
                              Form ID: pdf006        Total Noticed: 32

```
                  ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 28, 2011**                    **Signature:** _____