UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| TOWNSEND, RAYMOND | § | Case No. 10-02282 |
| TOWNSEND, RENEE | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Phillip D. Levey_____
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | BAC Home Loans PO Box 650070 Dallas, TX 75265 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank/na 214 Washington St Waukegan, IL 60085 | | | | | |
| | First Midwest Bank/na 214 Washington St Waukegan, IL 60085 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILLIP D. LEVEY | | | | | |
| PHILLIP D. LEVEY | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| LEVEY, PHILLIP D. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Christ Medical Center 4440 W. 95th St. Oak Lawn, IL 60453 | | | | | |
| | Advocate Christ Medical Center 4440 W. 95th St. Oak Lawn, IL 60453 | | | | | |
| | Advocate Christ Medical Center 4440 W. 95th St. Oak Lawn, IL 60453 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advocate Christ Medical Center 4440 W. 95th St. Oak Lawn, IL 60453 | | | | | |
| | Advocate Christ Medical Center 4440 W. 95th St. Oak Lawn, IL 60453 | | | | | |
| | Advocate Christ Medical Center 4440 W. 95th St. Oak Lawn, IL 60453 | | | | | |
| | Advocate Christ Medical Center 4440 W. 95th St. Oak Lawn, IL 60453 | | | | | |
| | Capital 1 Bank Attn: C/O TSYS Debt Management Po Box 5155 Norcross, GA 30091 | | | | | |
| | Chase 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | | | | |
| | Gemb/jcp Attention: Bankruptcy Po Box 103106 Roswell, GA 30076 | | | | | |
| | HSBC Attn: Bankruptcy Po Box 5213 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Hsbc Best Buy Attn: Bankruptcy Po Box 6985 Bridge Water, NJ 08807 | | | | | |
| | Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | | | | |
| | McGrath Clinic SC 14400 S John Humphrey Drive Orland Park, IL 60462 | | | | | |
| | Midwest Anesthesiologists 185 Penny Ave Dundee, IL 60118 | | | | | |
| | Payment Center PO Box 17313 Baltimore, MD 21297 | | | | | |
| | Rush University Medical Group 75 Remittance Dr Dept 1611 Chicago, IL 60675 | | | | | |
| | Rush University c/o Computer Credit 640 W Fourth Street, P.O. Box 5238 Winston Salem, NC 27113 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| | Target National Bank PO Box 59317 Minneapolis, MN 55459 | | | | | |
| | The Limited Po Box 182125 Columbus, OH 43218 | | | | | |
| | Tnb-visa Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Wfnnb/new York & Compa 220 W Schrock Rd Westerville, OH 43081 | | | | | |
| 000001 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |
| 000004 | CHASE BANK USA, N.A. | | | | | |
| 000005 | CHASE BANK USA,N.A | | | | | |
| 000007 | GE MONEY BANK | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | HSBC BANK NEVADA, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 10-02282 | CAD | Judge: CAROL A. DOYLE | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|---|
| Case Name: | TOWNSEND, RAYMOND | | | | Date Filed (f) or Converted (c): | 01/22/10 (f) |
| | TOWNSEND, RENEE | | | | 341(a) Meeting Date: | 02/22/10 |
| For Period Ending: | 12/15/11 | | | | Claims Bar Date: | 01/27/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate located at 16816 Cherry Creek Ave., Ti | 281,125.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 2. Checking account with First Midwest | 50.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 3. Miscellaneous used household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 4. Personal used clothing | 400.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 5. Minnesota Mutual Life Insurance Cash surrender val | 1,217.98 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 6. Minnesota Mutual Life Insurance Cash surrender val | 1,543.69 | 0.09 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 7. TIAA Retirement Plan | 1,565.62 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 8. Anticipated 2009 Income Tax Refund Based on 2008 T | 2,958.00 | 2,836.00 | | 2,836.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 9. 1999 Ford Econoline Van 89,000 miles Value per Kel | 2,360.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 10. 1994 Buick Real 75,000 miles Value per Kelley Blue | 1,215.00 | 0.00 | DA | 0.00 | FA |
| Debtor Claimed Exemption | | | | | |
| 11. Insurance Claim - Loss of Rings (2) (u) | 0.00 | 10,010.56 | | 10,010.56 | FA |
| 12. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.06 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $293,435.29 | $12,846.65 | | $12,847.62 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 16.04e

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-02282    CAD    Judge: CAROL A. DOYLE | Trustee Name:    Phillip D. Levey |
| Case Name: | TOWNSEND, RAYMOND | Date Filed (f) or Converted (c):    01/22/10 (f) |
| | TOWNSEND, RENEE | 341(a) Meeting Date:    02/22/10 |
| | | Claims Bar Date:    01/27/11 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/11      Current Projected Date of Final Report (TFR): 11/30/11

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02282 -CAD | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | TOWNSEND, RAYMOND | | Bank Name: | BANK OF AMERICA |
| | TOWNSEND, RENEE | | Account Number / CD #: | *******5737 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8103 | | | |
| For Period Ending: | 12/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/05/10 | 11 | Nationwide Insurance Companies Columbus Service Center PO Box 182166 Columbus, OH 43218 | Insurance Settlement | 1249-000 | 10,010.56 | | 10,010.56 |
| 01/31/11 | 12 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.24 | | 10,010.80 |
| 02/28/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,010.88 |
| 03/08/11 | 000101 | International Sureties, Ltd. 701 Poydras Street - Suite 420 New Orleans, LA 70139 | Blanket Bond Premium | 2300-000 | | 6.11 | 10,004.77 |
| 03/31/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,004.85 |
| 04/29/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 10,004.93 |
| 05/31/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.09 | | 10,005.02 |
| 06/22/11 | 8 | Renee Townsend | Turnover-Tax Refund | 1124-000 | 2,000.00 | | 12,005.02 |
| 06/30/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.08 | | 12,005.10 |
| 07/29/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,005.20 |
| 08/18/11 | 8 | Renee Townsend | Tax Refund | 1124-000 | 836.00 | | 12,841.20 |
| 08/31/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,841.31 |
| 09/30/11 | 12 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,841.42 |
| 10/27/11 | 12 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.09 | | 12,841.51 |
| 10/27/11 | | Transfer to Acct #*******6037 | Final Posting Transfer | 9999-000 | | 12,841.51 | 0.00 |

Page Subtotals  12,847.62  12,847.62

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 12)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02282 -CAD | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | TOWNSEND, RAYMOND | | Bank Name: | BANK OF AMERICA |
| | TOWNSEND, RENEE | | Account Number / CD #: | *******5737 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8103 | | | |
| For Period Ending: | 12/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,847.62 | 12,847.62 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 12,841.51 | |
| | | | Subtotal | | 12,847.62 | 6.11 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 12,847.62 | 6.11 | |

Page Subtotals     0.00     0.00

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 10-02282 -CAD |
| Case Name: | TOWNSEND, RAYMOND |
| | TOWNSEND, RENEE |
| Taxpayer ID No: | *******8103 |
| For Period Ending: | 12/15/11 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6037 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/27/11 | | Transfer from Acct #*******5737 | Transfer In From MMA Account | 9999-000 | 12,841.51 | | 12,841.51 |
| 11/02/11 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 2,034.76 | 10,806.75 |
| 11/02/11 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 24.61 | 10,782.14 |
| 11/02/11 | 000103 | Phillip D. Levey | Trustee Attorney Fees | 3110-000 | | 2,745.00 | 8,037.14 |
| 11/02/11 | 000104 | American Infosource Lp As Agent for Wfnnb<br>As Assignee of<br>Limited<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Claim 000001, Payment 51.14033% | 7100-000 | | 208.09 | 7,829.05 |
| 11/02/11 | 000105 | American Infosource Lp As Agent for Wfnnb<br>As Assignee of<br>New York & Co<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Claim 000002, Payment 51.13987% | 7100-000 | | 640.22 | 7,188.83 |
| 11/02/11 | 000106 | American Infosource Lp As Agent for<br>Target<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Claim 000003, Payment 51.13983% | 7100-000 | | 3,836.72 | 3,352.11 |
| 11/02/11 | 000107 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000004, Payment 51.13969% | 7100-000 | | 1,124.26 | 2,227.85 |
| 11/02/11 | 000108 | Chase Bank USA,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Claim 000005, Payment 51.13992% | 7100-000 | | 1,055.62 | 1,172.23 |
| | | | Page Subtotals | | 12,841.51 | 11,669.28 | |

Ver: 16.04e

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-02282 -CAD | | Trustee Name: | Phillip D. Levey |
| Case Name: | TOWNSEND, RAYMOND | | Bank Name: | BANK OF AMERICA |
| | TOWNSEND, RENEE | | Account Number / CD #: | *******6037 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******8103 | | | |
| For Period Ending: | 12/15/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/02/11 | 000109 | HSBC Bank Nevada, N.A.<br>by PRA Receivables Management, LLC<br>PO Box 12907<br>Norfolk VA 23541 | Claim 000006, Payment 51.13967% | 7100-000 | | 1,051.58 | 120.65 |
| 11/02/11 | 000110 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 51.14022%<br>(7-1) JCPENNEY CREDIT SERVICES | 7100-000 | | 120.65 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 12,841.51 | 12,841.51 | 0.00 |
| Less: Bank Transfers/CD's | 12,841.51 | 0.00 | |
| Subtotal | 0.00 | 12,841.51 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 12,841.51 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********5737 | 12,847.62 | 6.11 | 0.00 |
| Checking Account (Non-Interest Earn - ********6037 | 0.00 | 12,841.51 | 0.00 |
| | 12,847.62 | 12,847.62 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 1,172.23

Ver: 16.04e

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*